UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KATHY THOMAS, | ) |
| Plaintiff, | ) Case No. CV 09-1856 AJW |
| v. | ) J U D G M E N T |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

July 19, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge